648

■ In the Matter of the Claim of FEDERICO ALCALA, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.— Decision affirmed, without costs. No opinion. (See *Matter of Rodriguez* [*Levine*], 38 A D 2d 648.) Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Simons, JJ., concur.

■ In the Matter of the Claim of ANNIBAL O. RODRIGUEZ, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.— Decision affirmed, without costs. No opinion. (See *Matter of Patino* [*Catherwood*], 29 N Y 2d 331.) Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.